**REDACTED**

JS 45 (11/2002)

# Criminal Case Cover Sheet                                                                     U.S. District Court

**Place of Offense:**          Under Seal: Yes _X_  No ____    Judge Assigned: _____

City _____ Superseding Indictment _____ Criminal Number: _____

County ___Fairfax___ Same Defendant _____ New Defendant _X_ _____

                             Magistrate Judge Case Number  1:13MJ550 _____ Arraignment Date: _____

                             Search Warrant Case Number  _____

                             R 20/R 40 from District of  _____

**Defendant Information:**

Juvenile -- Yes ___ No _X_  FBI # _____

Defendant Name: __ATAL BASHAR_____  Alias Name(s) _____

Address: __Burke, Virginia_____

Employment: _____

Birth date _1974_____ SS# _2556_____ Sex _M_ Def Race _____ Nationality ___U.S.___ Place of Birth __Afghanistan__

Height _____ Weight ____ Hair _____ Eyes _____ Scars/Tattoos _____

   Interpreter: _X_ No ___ Yes  List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody     ___ On Pretrial Release   _X_ Not in Custody

_X_ Arrest Warrant Requested     ___ Fugitive              ___ Summons Requested

___ Arrest Warrant Pending       ___ Detention Sought      ___ Bond _____

**Defense Counsel Information:**

Name: _____  ___ Court Appointed        Counsel conflicted out: _____

Address: _____ ___ Retained              _____

Telephone: _____ ___ Public Defender     Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA  Ronald L. Walutes, Jr.  Telephone No:  703-299-3700    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI SA Sean Buckley _____

**U.S.C. Citations:**

|       | Code/Section          | Description of Offense Charged      | Count(s) | Capital/Felony/Misd/Petty |
|-------|-----------------------|-------------------------------------|----------|---------------------------|
| Set 1 | 26 U.S.C. § 5861(d)(f)| Possession of an Explosive Device   | 1        | Felony                    |
| Set 4 |                       |                                     |          | Felony                    |

(May be continued on reverse)

Date:  September 4, 2013    Signature of AUSA: _[signature]_